

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Joseph A. Beyer
County Attorney
Crane County
Crane, Texas

Dear Sir:

Opinion No. O-1644

Re: Is the University of Texas
entitled to discounts for
prompt payment of county ad
valorem taxes as provided
by Article 7057d, R. C. S.,
where such payment is tender-
ed by State warrants which
do not become redeemable at
par for nine or ten months?

We have your letter of December 6, 1939, which
we quote herewith:

"In our County the State University owns
about one hundred sections of land which are
assessed for taxes for County purposes.

"The 46th Legislature passed an act allow-
ing a discount on taxes paid in advance and Crane
County issued the necessary resolutions and or-
ders allowing the tax payers to take advantage
of this discount.

"On November 26, the Tax Collector received
from Geo. H. Sheppard, comptroller, a warrant
with which to pay the taxes assessed against the
University of Texas, but DEDUCTED from the amount
charged on the roll two (2%) per cent of the full
amount of the taxes. This warrant will not be
payable for some nine (9) or ten (10) months.

"Now the question on which I would like your
opinion is: Would the University of Texas be en-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Joseph A Beyer, Page 2

titled to this discount in as much as the money
will not be available to the County for use for
a period of nine or ten months unless they should
discount the same, which would probable amount to
another two or three percent."

Article 7150c, Revised Civil Statutes of Texas,
as amended 1931, provides for the payment of county ad
valorem taxes upon lands of the University of Texas. Sec-
tion 6 of said article declares that "It shall be the duty
of the Comptroller of Public Accounts to issue warrants
upon the General Fund to pay taxes due each county . . . ."

House Bill No. 225 of the 46th Legislature (at
page 4210 of the House Journal) appropriates $34,000.00
for the payment of such taxes for each of the fiscal years
ending August 31, 1940 and August 31, 1941.

The Comptroller's Department advises us that the
$34,000.00 appropriation was inadequate by a small amount
to pay in full the total amount of the county ad valorem
taxes assessed against all the University lands for the
current year. For this reason the discount privileges for
the prompt payment of taxes provided by Article 7057d, Ver-
non's Annotated Civil Statutes, as amended, were invoked
as a method of prorating the available $34,000.00 among
the several counties to whom taxes were due. The State has
no means of paying county taxes in excess of the sum appro-
priated therefor. We believe therefore, that in the absence
of a supplemental appropriation, the question of whether
the State is entitled to discount taxes under Article 7057d
must be immaterial. The claim of your county for an addi-
tional 2% of the 1939 taxes on University lands may be ap-
propriately presented to the next session of the Legislature.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED DEC 18, 1939

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

WRK:LM

By Walter R. Koch
Walter R. Koch
Assistant

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN